IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **Jeffrey M. Stark,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 11-1264-CV-W-JTM |
| | ) | |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is plaintiff's *Motion for Attorney Fees Under The Equal Access To Justice Act*, filed February 11, 2013 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion for Attorney Fees Under The Equal Access To Justice Act*, filed February 11, 2013 [Doc. 17] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $6,811.60 as well as $350.00 in court costs to be paid from the Judgment Fund administered by the United States Treasury.

*/s/ John T. Maughmer*
**John T. Maughmer
United States Magistrate Judge**