IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Jeffrey M. Stark,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 11-1264 -CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For 42 U.S.C. §406(b) Fees,* filed August 6, 2014, [Doc. 21]. After due consideration of the issues presented, and finding the requested fee reasonable, *See Gisbrecht v. Barnhart,* 535 U.S. 789 (2002), it is

**ORDERED** that plaintiff's *Motion For 42 U.S.C. §406(b) Fees,* filed August 6, 2014, [Doc. 21] is **GRANTED**. Accordingly, plaintiff's counsel is awarded fees pursuant 42 U.S.C. §406(b) in the amount of $10,999.38, which were withheld by the Commissioner from the total past due benefits awarded to plaintiff, and shall refund to plaintiff the earlier EAJA fee award of $6,881.60.

                    */s/ John T. Maughmer*
                      **John T. Maughmer**
                **United States Magistrate Judge**